PER CURIAM.
Affirmed. See: Smith v. Burdines, Inc., 144 Fla. 500, 198 So. 223, 131 A.L.R. 115; Lambert v. Sistrunk, Fla.1952, 58 So.2d 434; McNeill v. Jack, Fla. 1955, 83 So.2d 704; Vander Car v. Pitts, Fla.App.1964, 166 So.2d 837; C & H Contractors, Inc. v. McKee, Fla.App.1965, 177 So.2d 851; Watts v. Mantooth, Fla.App.1967, 196 So.2d 230; 46 Am.Jur., Sales, § 746; Rule 1.270(b), Florida Rules of Civil Procedure, 30 F.S.A.